# EXHIBIT G

**IMPORTANT NOTICE TO CURRENT AND FORMER**

**EMPLOYEES OF MEWBOURNE OIL COMPANY**

**If you worked for Mewbourne Oil Company ("Mewbourne") at any time between October 31, 2015 and November 1, 2016, YOU MAY BE ENTITLED TO JOIN A LAWSUIT FOR UNPAID WAGES AND MONEY DAMAGES.**

1. Why Are You Getting this Notice?

Jonathan Felps (the "Plaintiff") filed a lawsuit against Mewbourne contending that Mewbourne misclassified Lease Operators (also known as Pumpers) as "exempt" from the overtime requirements of federal Fair Labor Standards Act. Instead, Plaintiff claims Mewbourne paid Lease Operators a salary but failed to pay them overtime compensation for their hours worked over forty in week.

2. What are Your Options?

Mewbourne's records show that you may be in the class of workers covered by this lawsuit. This gives you two options:

| **Option 1:** <br><br>**RETURN THIS FORM** | **Join the lawsuit**<br>If you choose to be included in the lawsuit, you may return your consent form in one of these ways:<br><br>1. Complete, sign, and email, fax, OR mail (using, if you wish, the enclosed self-addressed, stamped envelope) the enclosed Consent Form to:<br><br>Moreland Verrett, P.C.<br>700 West Summit Drive<br>Wimberley, Texas 78676<br>Fax: 512-782-0605<br>jessica@morelandlaw.com<br><br>2. Submit your consent form electronically at www.MewbourneOvertimeLawsuit.com |
|---|---|
| **Option 2:** <br><br>**DO NOTHING** | **Do not join this lawsuit.**<br>By doing nothing, you give up the possibility of getting money from a trial or settlement of this lawsuit if any money is awarded. However, you retain the ability to sue Defendants separately about the same or related claims, to the extent otherwise permitted by law. |

If you want to make a claim for unpaid wages in this case, you may mail, fax, email, or electronically submit the attached Consent to Join form and information sheet to Plaintiff's counsel (contact information below). If you timely mail, fax, email, or electronically submit a Consent to Join form, you will be part of the case, and agree to be represented by Plaintiff's counsel. You may also obtain counsel of your own choosing (at your own expense), who can file your Notice of Consent with the Court. If the Plaintiff wins or settles the case, you may receive additional money from the Defendants. If the Plaintiff loses, you will receive nothing. If you join this lawsuit, you may or may not be required to provide records, answer written questions, testify under oath, or any combination of these.

*This is a Court-Authorized Notice, Not an Advertisement from a Lawyer.*

Your decision not to join this lawsuit will not affect any rights you may have to pursue claims on your own. However, the legal time limit to make a claim is running.

**You have the right to join this lawsuit even if you already signed any statement denying that you are owed any additional compensation, or if you have signed a severance agreement that purports to release any claim you may have for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §201,** *et seq*.

**Mewbourne may not retaliate against you or mistreat you in any way for joining this lawsuit. The law prohibits anyone from discriminating or retaliating against you if you choose to take part in this case. This means that you cannot be fired, demoted, or have your pay cut because you participate in this case.**

If you want to join the lawsuit and make a claim for unpaid wages, your signed Consent to Join form must be electronically submitted, postmarked, emailed, or faxed to the attorneys listed below by **[Date].**

If you do not wish to join, you do not have to do anything.

3. How Can You Get More Information?

You can get more information by calling the Plaintiff's attorney or any attorney of your choosing. The Plaintiff's attorneys are:

**DANIEL A. VERRETT**
**EDMOND MORELAND**
MORELAND VERRETT, P.C.
700 West Summit Drive
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605

Email: daniel@morelandlaw.com
edmond@morelandlaw.com

**CONSENT TO JOIN FLSA LAWSUIT**

I understand that I may be eligible to join the action filed by Jonathan Felps ("Named Plaintiff") to recover unpaid wages, liquidated damages, attorneys' fees, and costs from Mewbourne Oil Company and its related and affiliated entities and persons ("Defendant").

By filing this consent, I understand that I designate the Named Plaintiff, hereinafter the "Representative Plaintiff," as my agent to make decisions on my behalf concerning Fair Labor Standards Act litigation against Defendant including the method and manner of conducting this litigation, entering into settlement agreements, entering into agreements with Representative Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to Fair Labor Standards Act Litigation against Defendant. These decisions and agreements made and entered into by the Representative Plaintiff will be binding on me if I sign this consent.

I understand that the Representative Plaintiff have entered into a Representation Agreement ("Representation Agreement") with Moreland Verrett, P.C. ("Law Firm") which applies to all plaintiffs who file this consent. If I sign this consent, I agree to be bound by the Representation Agreement. I further understand that I may obtain a copy of the Representation Agreement by requesting it from Representative Plaintiff's counsel.

I agree and understand that the Law Firm and/or the Representative Plaintiff may in the future appoint other individuals to be Representative Plaintiff in Fair Labor Standards Act Litigation against Defendant. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to Fair Labor Standards Act Litigation against Defendant. I further acknowledge that this consent is intended to be filed to recover my wages against Defendant whether in the action with the Named Plaintiffs or in any subsequent action that may be filed on my behalf for such recovery. This consent may be used in this case or in any subsequent case as necessary.

By choosing to file this consent, I understand that I will be bound by a judgment of the court. I will also be bound by, and will share in any settlement that may be negotiated on behalf of all Plaintiffs.

I consent to join in the action as a party-plaintiff to recover my unpaid wages.

_____     _____
Signature                                                                   Date

_____
Printed Name

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

This information will not be made part of any public record and is necessary for your attorney's files for litigation and possible settlement purposes.

Name:_____

Any other Name(s) used or known by:

_____

Street Address: _____

Mailing Address: _____

City, State & Zip Code: _____

Daytime Telephone: _____

Evening Telephone: _____

Mobile Telephone: _____

E-Mail Address: _____

Last Four Digits of Social Security Number: _____

Sign and return these forms by email to:  jessica@morelandlaw.com

OR

Sign and return these forms by mail or fax to:

**JESSICA BUSTAMANTE**
MORELAND VERRETT, P.C.
700 West Summit Drive
Wimberley, Texas 78676
Phone: (512) 782-0567
Fax: (512) 782-0605