# EXHIBIT H

If you worked for Mewbourne Oil Company as a Lease Operator (Pumper) at any time between October 31, 2015 and November 1, 2016, you may be entitled to join a lawsuit claiming that Mewbourne's Lease Operators were unlawfully misclassified as overtime exempt, paid only a salary, and not paid any additional compensation for hours worked over forty in a week.  For additional information about the case, including how to join, visit [www.MewbourneOvertimeLawsuit.com](www.MewbourneOvertimeLawsuit.com)