IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JONATHAN FELPS, Individually and On Behalf of All Others Similarly Situated, § § § § § § Plaintiffs, § § v. § Civil Action No. 2:18-CV-00811-MV-GJF § MEWBOURNE OIL COMPANY, INC., § and D. DREW GREENE, § § § Defendants. § | |

### JOINT MOTION TO STAY PROCEEDINGS AND DEADLINES

Plaintiff Jonathan Felps ("Plaintiff") and Defendants Mewbourne Oil Company, Inc. and D. Drew Greene ("Defendants") (collectively, the "Parties") hereby file this Join Motion to Stay Proceedings and Deadlines as follows:

### I.  BACKGROUND

1. Plaintiff filed this action on August 22, 2018. Plaintiff alleged that he and other lease operators were denied overtime pay under the Fair Labor Standards Act and the New Mexico Minimum Wage Act.

2. Defendants answered and denied the material allegations in Plaintiff's complaint.

3. On May 18, 2020, the Court conditionally certified the matter as a collective action. On November 16, 2020, the Court certified a Rule 23 class.

4. On August 11, 2022, the Parties participated in mediation. After the mediation, the Parties reached a settlement. The Parties intend to memorialize the terms and conditions of the settlement in a written agreement.

## II. STAY

5. The Parties intend to submit a settlement agreement to the Court for approval.

6. The Parties request that the Court stay the remaining deadlines to conserve the Parties' resources and promote judicial economy.

## III. CONCLUSION AND PRAYER

For these reasons, the Parties request that this Court grant this joint motion and stay the case.

Respectfully submitted this 7th day of October, 2022.

*/s/ Daniel A. Verrett*
Daniel A. Verrett
daniel@morelandlaw.com
Edmond S. Moreland, Jr.
edmond@morelandlaw.com
**MORELAND VERRETT, P.C.**
700 West Summit Drive
Wimberly, Texas  78676
Telephone: (512) 782-0567
Facsimile: (512) 782-0605

**ATTORNEYS FOR PLAINTIFF**

*/s/ John B. Brown*
John B. Brown
john.brown@ogletreedeakins.com
Jeremy W. Hays
jeremy.hays@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road
Dallas, Texas 75225
Telephone: (214) 987-3800
Facsimile: (214)987-3926

**ATTORNEYS FOR DEFENDANT MEWBOURNE OIL COMPANY**

*/s/ Richard E. Olsen*
Richard E. Olson
rolson@hinklelawfirm.com
Chelsea R. Green
cgreen@hinklelawfirm.com
**HINKLE SHANOR LLP**
400 Pennsylvania, Suite 640
Roswell, New Mexico 88201
Telephone: (575) 622-6510
Facsimile: (575) 623-9332

**ATTORNEYS FOR DEFENDANT D. DREW GREENE**

## CERTIFICATE OF SERVICE

I certify that on October 7th, 2022, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to counsel of record for all parties.

*/s/ John B. Brown*
John B. Brown