UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JONATHAN FELPS, Individually and
On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.                                          No. 18-811 MV/GJF

MEWBOURNE OIL COMPANY, INC.

    Defendant.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order granting Plaintiff's Unopposed Motion to Approve Settlement [Doc. 175], filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED** with prejudice.

DATED this 22nd day of June 2023.

_____
MARTHA VAZQUEZ
Senior United States District Judge